UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20366-CR-HUCK

```
COURT EXHIBIT
CASE NO. 23-20366-CR-HUCK
EXHIBIT NO. A
```

UNITED STATES OF AMERICA,

vs.

MELVIN BELTREZ,

        Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about September 2, 2023, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel (GFV) approximately 88 nautical miles South of Isla Beata, Dominican Republic. The GFV had three individuals on board, displayed no indicia of nationality, had visible packages on board, and had fuel barrels on deck. The United States Coast Guard ("USCG") Cutter CONFIDENCE was diverted to interdict and investigate. The CONFIDENCE launched a smaller boat with a USCG boarding team and a helicopter to approach the GFV and conduct a Right of Visit boarding.

When the USCG boarding team arrived alongside the GFV, the boarding team proceeded to ask who the master or person in charge of the vessel was. While no one identified himself as the master, MELVIN BELTREZ made a claim of Venezuelan nationality for the vessel and was, therefore, treated as the person in charge for establishing jurisdiction. The United States contacted the Government of Venezuela who advised they could neither confirm nor deny registry of the vessel. Based on this response, the vessel was treated as a vessel without nationality and, therefore,

subject to the jurisdiction of the United States.  A full law enforcement boarding followed.

The three individuals on board the vessel identified themselves as MELVIN BELTREZ, VICTOR JAWARKIS HEREDIA, both Dominican nationals, and OLFER OMAR ROPERO, a Colombian national.

The USCG boarding team recovered and seized a total of seventeen bales.  The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 428 kilograms of cocaine. The USCG boarding team also recovered a loaded 5.56 caliber rifle. All individuals, along with the cocaine and the rifle were transferred to the USCGC CONFIDENCE.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 1/17/24        By: _____
                     For YVONNE RODRIGUEZ-SCHACK
                         ASSISTANT UNITED STATES ATTORNEY


Date: 1/16/2024      By: MELVIN _____
                         MELVIN BELTREZ
                         DEFENDANT


Date: 1/16/2024      By: _____
                         SRILEKHA JAVANTHI
                         ATTORNEY FOR DEFENDANT

2